1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7205
7      Fax: (415) 436-7234
       E-Mail: chinhayi.cadet@usdoj.gov
8
9  Attorneys for the United States of America

10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,           )   No.  CR 3-11-71304 JCS
                                       )
15     Plaintiff,                      )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME UNDER
16     v.                              )   SPEEDY TRIAL ACT
                                       )
17 MICHAEL KELLY,                      )
                                       )
18     Defendant.                      )
   _____)

19     Defendant Michael Kelly and the government, through undersigned counsel,

20 STIPULATE to the exclusion of time under the Speedy Trial Act as to Defendant Michael Kelly

21 from November 29, 2011 up to and including December 13, 2011, the date by which Defendant

22 is ordered to appear before the duty magistrate in the Southern District of New York in this

23 matter.  The parties appeared before the Honorable Joseph C. Spero on November 29, 2011 for a

24 detention hearing in this matter.  Defendant Michael Kelly was present with his attorney,

25 Kenneth Wine.  Defendant and the government agreed to set a date of December 13, 2011 by

26 which Defendant is to appear before the duty Magistrate Judge in the Southern District of New

27 York in this matter, and requested that time be excluded under the Speedy Trial Act from

28 November 29, 2011 through December 13, 2011 for transportation of Defendant to another

STIPULATION; ORDER
CR 3-11-71304 JCS

1  district, continuity of defense counsel, and effective preparation of defense counsel.

3  Dated: November 30, 2011                         /s/
                                                KENNETH WINE
4                                               Attorney for Defendant

5  Dated: November 30, 2011                    MELINDA HAAG
6                                               United States Attorney

8                                                   /s/
                                                CHINHAYI COLEMAN CADET
                                                Assistant United States Attorney

10         Based upon the above stipulation, and for good cause appearing, THE COURT ORDERS
11  THAT:

12         1.      Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from November
13  29, 2011 up to and including December 13, 2011 for transportation of the defendant to another
14  district, continuity of defense counsel, and effective preparation of defense counsel. Failure to
15  grant the requested continuance would unreasonably deny the defendant continuity of counsel
16  and the time necessary for effective preparation, taking into account the exercise of due
17  diligence.

18         2.      Given these circumstances, the Court finds that the ends of justice served by
19  excluding the period from November 29, 2011 up to and including December 13, 2011 outweigh
20  the best interest of the public and the defendant in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

21         3.      Accordingly, and with the consent of the defendant, the Court orders that the
22  period from November 29, 2011 up to and including December 13, 2011 be excluded from the
23  Speedy Trial Act calculations as to Defendant Michael Kelly under 18 U.S.C. §§ 3161(h)(1)(F),
24  3161(h)(7)(A), 3161(h)(7)(B)(iv).

26  Dated: ~~November~~ December 1, 2011
                                                HONORABLE JOSEPH C. SPERO
                                                United States Magistrate Judge

STIPULATION; ORDER
CR 3-11-71304 JCS                               2